# United States Court of Appeals
### For the Eighth Circuit

_____

No. 23-1621
_____

United States of America,

*Plaintiff - Appellee,*

v.

Donna Jenkins,

*Defendant - Appellant.*

_____

Appeal from United States District Court
for the Southern District of Iowa - Central

_____

Submitted: July 19, 2023
Filed: August 2, 2023
[Unpublished]

_____

Before COLLOTON, SHEPHERD, and KOBES, Circuit Judges.

_____

PER CURIAM.

Donna Jenkins appeals a sentence imposed by the district court[1] after Jenkins pleaded guilty to a drug offense. Her counsel has moved to withdraw and filed a brief

_____

[1]The Honorable Stephanie M. Rose, Chief Judge, United States District Court for the Southern District of Iowa.

under *Anders v. California*, 386 U.S. 738 (1967), challenging the reasonableness of the sentence. Upon careful review, we conclude that Jenkins's sentence was not unreasonable. There is no indication that the district court overlooked a relevant factor, gave significant weight to an improper or irrelevant factor, or committed a clear error of judgment in weighing the relevant factors. *See United States v. Feemster*, 572 F.3d 455, 461-62 (8th Cir. 2009) (en banc).

We have also independently reviewed the record under *Penson v. Ohio*, 488 U.S. 75 (1988), and have found no non-frivolous issues for appeal. Accordingly, we affirm the judgment, and we grant counsel's motion to withdraw.

_____